UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT GILLESPIE,            )<br>                              )<br>          Plaintiff,           )<br>                              )<br>     v.                       )<br>                              )<br> CAPITOL REPROGRAPHICS, LLC, *et al.*,  )<br>                              )<br>          Defendants.         )<br>                              ) | Civil Action No. 06-2175 (ESH) |

## ORDER

Upon consideration of plaintiff's failure to cause process to be served upon defendants within 120 days in accordance with Federal Rule of Civil Procedure 4(m), and its failure to comply with this Court's Order of April 5, 2007 directing that proof of service be filed by April 20, 2007, it is hereby

**ORDERED** that pursuant to Fed. R. Civ. P. Rule 41(b), plaintiff's complaint against defendants is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution.

                              /s/
                              ELLEN SEGAL HUVELLE
                              United States District Judge

Date: April 24, 2007