UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT GILLESPIE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAPITOL REPROGRAPHICS, LLC, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 06-2175 (ESH) |

## ORDER

The Court hereby **GRANTS** plaintiff's Motion to Vacate Order of Dismissal [Dkt. #4] given the lack of prejudice to the defendants, plaintiff's good faith, and the fact that reinstatement will further the administration of justice. Accordingly, the Court **VACATES** its prior order of dismissal dated April 24, 2007. Defendants shall respond to the complaint on or before June 1, 2007.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: May 14, 2007

cc:   Capitol Reprographics, LLC
      555 Capitol Mall
      Suite 540
      Sacramento, CA 95831

      Lucas Mageno
      555 Capitol Mall
      Suite 540
      Sacramento, CA 95831