# UNITED STATES DISTRICT COURT
## District of Columbia

ROBERT GILLESPIE
11159 Pond Fountain Court
New Market, MD 21774

**SUMMONS IN A CIVIL CASE**

V.

Capitol Reprographics, LLC
615 Las Tunas #X
Temple City, CA 91780

CASE NUMBER: 1:06CV02175

TO: (Name and address of Defendant)

Lucas Mageno, Individually
Serve: Registered Agent: Lucas Mageno
1325 G Street, NW
1st. Floor
Washington, DC 2005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Rand L. Gelber, Esq.
One Church Street, Suite 802
Rockville, MD 20850
301-251-0202

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                 4/5/07

CLERK                                          DATE

(By) DEPUTY CLERK

(Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me⁽¹⁾  DATE: April 23, 2007

NAME OF SERVER (PRINT): Steven Kennedy   TITLE: California Registered Process Server   Sacramento county # 2006-01

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Lucas Mageno, 555 Capitol Mall, Suite 540, Sacramento, CA 95814

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 55.00 | 55.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 25, 2007

Signature of Server: Steven R Kennedy

Address of Server: 1814 I Street, Sacramento, CA 95814

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## District of Columbia

ROBERT GILLESPIE
11159 Pond Fountain Court
New Market, MD 21774

**SUMMONS IN A CIVIL CASE**

V.

Capitol Reprographics, LLC
615 Las Tunas #X
Temple City, CA 91780

CASE NUMBER:   1:06CV02175

TO: (Name and address of Defendant)

Capitol Reprographics
Serve: Registered Agent: Lucas Mageno
555 Capitol Mall, Suite 540
Sacramento, CA 95831

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Rand L. Gelber, Esq.
One Church Street, Suite 802
Rockville, MD 20850
301-251-0202

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

DATE   4/5/07

(By) DEPUTY CLERK

# RETURN OF SERVICE

| | DATE |
|---|---|
| ice of the Summons and complaint was made by me<sup>(1)</sup> | April 23, 2007 |
| NAME OF SERVER (PRINT) Steven Kennedy | TITLE California Registered Process Server (Sacramento County 2006-01) |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Capitol Reprographics, LLC, 555 Capitol Mall, suite 540, Sacramento, CA 95814; by serving Lucas Mageno - Agent

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 55.00 | 55.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 25, 2007         Steven R. Kennedy
                Date                        Signature of Server

1814 I Street, Sacramento, CA 95814
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.