UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT GILLESPIE,** )<br>)<br>    Plaintiff, )<br>)<br>   v. )<br>)<br>**CAPITOL REPROGRAPHICS, LLC,** *et al.*, )<br>)<br>    Defendants. )<br>) | Civil Action No. 06-2175 (ESH) |

**ORDER**

While proof of service of process in this case was accomplished on May 15, 2007, plaintiff has done nothing further to prosecute this case. Accordingly, it is this 11th day of June, 2007, hereby

**ORDERED** that by no later than June 25, 2007, plaintiff shall cause default to be entered and apply for entry of judgment thereon or show cause why a motion for entry of default has not been filed. If plaintiff fails to do this, the complaint will be dismissed for want of prosecution.

                              /s/
                        ELLEN SEGAL HUVELLE
                        United States District Judge

Date: June 11, 2007