IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT GILLESPIE | : |
| Plaintiff, | : |
| v. | : Civil Case No.06-2175 (ESH) |
| CAPITOL REPROGRAPHICS, LLC | : |
| and | : |
| LUCAS MAGENO | : |
| Defendants | : |

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury this 27th day of June, 2007, that I am the attorney of record for the Plaintiff in the above-entitled case; that Defendants, Capitol Reprographics, LLC and Lucas Mageno, were personally served with process on April 25, 2007.

I further certify under penalty of perjury that no appearance has been entered by said Defendants in this case; no pleading has been filed and none served upon the attorney for the Plaintiff; no extension has been given and the time for filing has expired; that the Defendants are neither infants nor incompetent persons.

The Clerk is requested to enter a Default against said Defendants.

    /s/ Rand L. Gelber
Rand L. Gelber, Esq.
One Church Street, Suite 802
Rockville, Maryland 20850
301-251-0202

370654
D.C. Bar Id. No.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBERT GILLESPIE | : | |
| Plaintiff, | : | |
| v. | : | Civil Case No.06-2175 (ESH) |
| CAPITOL REPROGRAPHICS, LLC | : | In re: Lucas Mageno |
| and | : | |
| LUCAS MAGENO | : | |
| Defendants | : | |

## MILITARY AFFIDAVIT

(Certificate in Compliance With Soldiers and Sailors
Civil Relief Act of 1940, As Amended in 1942 & 1960
Title 50, Appendix, Section 520, United States Code)

I hereby certify under penalty of perjury, this 27th day of June that I am the duly authorized agent of the Plaintiff in the above-listed case and make this certificate in Plaintiff's behalf.

I make this certificate pursuant to the provisions of the Soldiers and Sailors Civil Act of 1940 and the provisions of the Soldiers and Sailors Civil Relief Act Amendments of 1942 and 1960; that on behalf of the Plaintiff, I have caused careful investigation to be made to ascertain whether or not the above-named Defendant is in the military service of the United States or it Allies and that a result of said investigation, I have discovered and do hereby allege that said Defendant is not in the military service of the United States or its Allies, that is to say said Defendant is not a member of the Army of the United States, the United States Navy, the Marine Corps, the Coast Guard and is not and officer of the public Health Service

detailed by proper authority for duty either with the Army or Navy, and said Defendant is not on active duty with any branches aforesaid, nor is said Defendant under training or education under the supervision of the United States preliminary to induction into the military services; and the Defendant is not with forces of any nation with which the United States is allied in the prosecution of any war, nor has said Defendant been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor is the Defendant a member of the Enlisted Reserve Corps ordered to report for military service, but is employed as an officer/director of Capitol Reprographics.

    /s/ Rand L. Gelber
Rand L. Gelber, Esq.
Attorney for Plaintiff
One Church Street, Suite 802
Rockville, Maryland 20850
301-251-0202

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT GILLESPIE              :
                              :
                              :
        Plaintiff,            :
                              :
  v.                          :    Civil Case No.06-2175 (ESH)
                              :
CAPITOL REPROGRAPHICS, LLC    :
                              :
and                           :
                              :
LUCAS MAGENO                  :
                         :
        Defendants            :
                              :

## **DEFAULT**

It appearing that the above-named Defendants have failed to plead or otherwise defend this action though duly served with summons and copy of Complaint on the 25th day of April, 2007, and an affidavit on behalf of the Plaintiff having been filed, it is this 27th day of June, 2007 declared that Capitol Reprographics, LLC and Lucas Mageno, Defendants herein are in default.

                              Nancy M. Mayer-Whittington, Clerk


                          By_____

                                  Deputy Clerk