Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ROBERT GILLESPIE

    Plaintiff(s)

V.

CAPITOL REPROGRAPHICS, LLC et al

    Defendant(s)

Civil Action No. 06-cv-02175-ESH

RE: CAPITOL REPROGRAPHICS, LLC
and
LUCAS MAGENO
Individually and trading as DIGITAL DOCUMENT SOLUTIONS, LLC

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on April 23, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 28th day of June, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Jackie Francis
Deputy Clerk