IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT GILLESPIE                      :
                                      :
                                      :
         Plaintiff,                   :
                                      :
v.                                    :    Civil Case No. 06-2175 (ESH)
                                      :
CAPITOL REPROGRAPHICS, LLC            :
                                      :
and                                   :
                                      :
LUCAS MAGENO                          :
                                      :
         Defendants                   :

## **ERRATA**

An Affidavit in Support of Default Judgment was filed on June 27, 2007 in the above referenced matter. Please correct the date of personal service from April 25, 2007 to April 23, 2007.

                                              /s/ Rand L. Gelber
                                              Rand L. Gelber, Esq.
                                              One Church Street, Suite 802
                                              Rockville, Maryland 20850
                                              301-251-0202

370654
D.C. Bar Id. No.