UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT GILLESPIE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-2175 (ESH) |
| ) | |
| **CAPITOL REPROGRAPHICS, LLC,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

Default having been entered by the Clerk of the Court on June 28, 2007, it is hereby

**ORDERED** that plaintiff shall move for default judgment on or before July 20, 2007, or the Court will dismiss this action for lack of prosecution pursuant to LCvR 83.23.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: July 9, 2007