IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ROBERT GILLESPIE   :
:
Plaintiff,   :
:
v.   :   Civil Case No. 06-2175 (ESH)
:
CAPITOL REPROGRAPHICS, LLC   :
:
and   :
:
LUCAS MAGENO   :
:
Defendants.   :

**Order Granting Judgment By Default**

Upon consideration of the Motion for Default Judgment by filed by the Plaintiff, Robert Gillespie and it appearing that the Defendants have failed to timely respond to the Complaint, and the Court entering an Order of Default on June 28, 2007, and it further appearing that the monies claimed by the Plaintiff from the Defendants are due and owing, and the relief requested should be granted, it is this _13_ day of _July_, 2007, by the United States District Court for the District of Columbia,

ORDERED, that Plaintiff's Motion for Judgment by Default be and the same is hereby GRANTED; and it is further

ORDERED, that judgment be and is hereby entered in favor of Plaintiff Robert Gillespie and against Defendants Capitol Reprographics, LLC and Lucas Mageno, jointly and severally, in the amount of $106,775.62, ~~interest at 6% from January 2, 2006,~~ together with attorney's fees of $ _3726.25_ & 270.22. and costs of ~~this action~~.

_Ellen S Huvelle_
United States District Judge