IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBERT GILLESPIE | : | |
| Plaintiff, | : | |
| v. | : | Civil Case No. 06-2175 (ESH) |
| CAPITOL REPROGRAPHICS, LLC, | : | |
| and | : | |
| LUCAS MAGENO, | : | |
| Defendants. | : | |

**PLAINTIFF'S REQUEST FOR A HEARING ON DEFENDANTS' JOINT MOTION TO VACATE DEFAULT JUDGMENT AND DISMISS FOR LACK OF JURISDICTION**

COMES NOW Plaintiff, Robert Gillsepie, by and through counsel, Rand L. Gelber, Esq., and hereby requests a hearing on Defendants' Joint Motion to Vacate Default Judgment and Dismiss for Lack of Jurisdiction.

Respectfully submitted,

/s/ Rand L. Gelber\_\_\_\_\_
Rand L. Gelber, Esquire, Bar # 370654
One Church Street, Suite 802
Rockville, Maryland 20850
301-251-0202

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of August, 2008, that a copy of the foregoing Request for Hearing was mailed, postage prepaid and via electronic filing, to Athan T. Tsimpedes, Esq., 11 Dupont Circle, NW, Suite 500, Washington, DC 20036.

/s/ Rand L. Gelber\_\_\_\_
Rand L. Gelber, Esquire

1