UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROBERT GILLESPIE,<br><br>       Plaintiff,<br><br>  v.<br><br>CAPITOL REPROGRAPHICS, LLC, *et al.*,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No.  06-2175 (ESH)<br>)<br>)<br>)<br>)<br>) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendants' joint motion to vacate default judgment [Dkt. #16, 17] is **GRANTED IN PART**, and their motion to dismiss [Dkt. #19] is **DENIED**; and it is

**FURTHER ORDERED** that the default entered on June 28, 2007 will not be set aside, but the default judgment entered on July 17, 2007 is **VACATED**; and it is

**FURTHER ORDERED** that there will be a hearing to determine plaintiff's damages on September 18, 2008, at 10:30 a.m.; and it is

**FURTHER ORDERED** that plaintiff's request for a hearing [Dkt. #21] is **DENIED**.

**SO ORDERED.**

                                                                /s/
                                                   ELLEN SEGAL HUVELLE
                                                   United States District Judge

Date: August 29, 2008